MARIE PIZUTTI ET AL., PLAINTIFFS, v. MORRIS A. MIL-
LER ET AL., DEFENDANTS.

Decided February 6, 1931.

Before GUMMERE, CHIEF JUSTICE, and Justices TREN-
CHARD and LLOYD.

For the rule, *Edward A. Markley* and *Charles W. Broad-
hurst.*

*Contra, Breslin & Breslin.*

PER CURIAM.

This is an automobile accident case. The plaintiff Marie
Pizutti, a girl under twenty-one years of age, was riding in
an automobile owned and operated by one DeLillis along
Washington avenue, in the town of Nutley. The defendant
Morris Miller was driving his car along the same highway
in an opposite direction. The two cars collided, and suit
was brought against Miller and also against DeLillis to re-
cover compensation for the injuries received by the girl in
the collision, her father also joining as a plaintiff to recover
moneys expended in the medical treatment of the girl and
compensation for the loss of her services. The trial resulted
in verdicts in favor of the plaintiffs against both Miller and
DeLillis, the jury awarding the girl $20,000 and her father
$7,500. The defendant Miller thereupon applied for and
obtained the present rule to show cause why the verdicts
against him should not be set aside.

The principal ground upon which we are asked to set aside the verdicts as against Miller is that the finding of the jury, so far as it determined that he was in any way responsible for the accident, was contrary to the clear weight of the evidence. Our consideration of the proofs sent up with the state of the case satisfies us that this is so, and for this reason we conclude that the verdicts against the defendant Miller should be set aside. Reaching this conclusion, it is unnecessary to consider any of the other reasons advanced by his counsel for making the rule absolute.

A new trial will be ordered on the question of Miller's liability and the extent thereof, in case it is shown to exist.